# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No. | CV 11-1942-BRO (MANx) | Date | October 3, 2013 |
|---|---|---|---|
| Title | *Doug Kisaka, et al. v. University of Southern California, et al.* | | |

========================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | | |
|---|---|---|---|
| E. Carson | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

**Proceedings:**      (IN CHAMBERS)   **ORDER TO SHOW CAUSE**

On September 30, 2013, this Court issued a notice setting a hearing for October 1, 2013, at 1:30 p.m. regarding Plaintiff's Ex Parte Motion To Withdraw Deemed Admissions ("Ex Parte Motion") [Docket No. 72] on the basis of plaintiff's representation that he would personally appear for the hearing. Further on September 30, 2013, this Court's Courtroom Deputy Clerk ("CRD") left a confirming message of the October 1, 2013 hearing date and time for plaintiff on the voicemail for his telephone number reflected on the Court docket. There was no email address listed for plaintiff on the Court docket, therefore, the CRD could not send a confirming email message. On October 1, 2013, Plaintiff did not appear for the hearing, nor did he give notice to the Court that he would be unable to appear for this proceeding. Defense counsel appeared at the scheduled time for the hearing.

Plaintiff is, therefore, now ORDERED TO APPEAR BEFORE THE COURT AND TO SHOW CAUSE ("OSC") on **October 22, 2013, at 1:30 p.m.**, why he should not be sanctioned for his failure to appear at the October 1, 2013 hearing regarding his Ex Parte Motion. The hearing on the Ex Parte Motion shall proceed on that date following the Court's hearing on the OSC.

If plaintiff does not appear in Court on October 22, 2013, at 1:30 p.m., he will again have violated a Court Order. **Plaintiff is expressly cautioned that, pursuant to Local Rule 41-5, "[i]f a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution."**

cc: All parties of record

_____ : _____
Initials of Preparer      efc